# EXHIBIT B



555 California Street
12th Floor
San Francisco, CA 94104

415.875.2300
Fenwick.com

Matthew Becker
mbecker@fenwick.com  |  650-335-7930

February 14, 2023

ACTION REQUIRED
VIA EMAIL AND U.S. MAIL

Arnold Engel and Katie Engel
Tundra, Inc. d/b/a Wholesale Co-Op
116 Sheridan Ave.
San Francisco, CA 94129

Re:   Notice to Cease & Desist Interference, Computer Intrusion, and Scraping of Faire Wholesale, Inc.

Mr. and Ms. Engel:

Fenwick & West represents Faire Wholesale, Inc.  We recently learned of Wholesale Co-Op's campaign to induce Faire's customers to breach their agreements with Faire, compromise the security of Faire's platform and services, and surreptitiously access and scrape the Faire website (www.faire.com).  Despite your attempt to hide your activity on the Faire website, Faire has identified your intrusion and has put in place technological measures to block further access.  **Wholesale Co-Op, and its parent company Tundra, Inc., must cease and desist its interference with Faire's customers, and must cease accessing and scraping the secured, password protected portions of Faire's website that Faire has not authorized Wholesale Co-Op to access.**

Wholesale Co-Op's business model appears to be based on arbitrage, acting as an intermediary between the retailer customers who use Faire and misusing Faire's incentive program to line its own pockets or attract patrons to its business.  To accomplish its goals, Wholesale Co-Op first induces Faire's retailer customers to breach their agreement not to disclose their login credentials.  *See* Faire's Terms of Service,[1] Section 4 ("You are responsible for safeguarding your password and you agree that you will not disclose it to any third party.").

After acquiring login credentials, Wholesale Co-Op then uses them to access the customer's Faire account and scrape information and content from secured portions of the Faire

---

[1] https://www.faire.com/tos

ACTION REQUIRED

Arnold Engel and Katie Engel
February 14, 2023
Page 2

platform—in the process circumventing Faire's security features by copying cookie values and deploying a wide range of user agents that deliberately misrepresent their identities and proxying requests through virtual private network (VPN) connections.  By using these measures to bypass Faire's security features, Wholesale Co-Op apparently knows that what it is doing is wrong, and being unable to accomplish its ends openly, has resorted to subterfuge and technological circumvention.  Indeed, Wholesale Co-ops actions also violate several provisions of Faire's Terms of Service, including the restrictions in section 7.b., and the prohibited uses in section 14.a., b., d., e., f., j., m., n., and p.

By inducing Faire customers to breach their agreements, your actions potentially expose you to claims for tortious interference with contract and prospective economic advantage, as well unfair competition under California law.  Your retention and use of Faire login credentials also creates a host of security and privacy concerns.  And your circumvention of Faire's security features through copied cookie values, misleading user agents, and VPN connections potentially exposes you to claims under the Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030 *et seq*. and California Penal Code § 502.  Courts routinely find violations of the CFAA when companies access or scrape information from a website despite having been expressly notified that it is not allowed to access the website, and where the website has implemented a technological measure to stop the perpetrator from continuing to access the website.  *See, e.g.*, *Southwest Airlines Co. v. Farechase, Inc.*, 318 F.Supp.2d 435 (N.D. Tex. 2004); *Craigslist v. 3Taps Inc., et al.*, 942 F. Supp. 2d 962 (N.D. Cal. 2013); *Sw. Airlines Co. v. Kiwi.com, Inc.*, No. 3:21-CV-00098-E, 2021 WL 4476799 (N.D. Tex. Sept. 30, 2021).  Perpetrators cannot sidestep the law simply by claiming they are accessing the website on behalf of other users and with their credentials.  *See Facebook, Inc. v. Power Ventures, Inc.*, 844 F.3d 1058 (9th Cir. 2016).  Now that Faire has prohibited your access through this cease and desist letter and added new technological measures to prevent your access, any further circumventing such access control measures after the date of this letter may expose you to even greater liability under state and federal law.  Additionally, you are now inarguably on notice that use of Faire's site constitutes an agreement to its Terms of Service, and continued fraudulent access to users' accounts and data scraping will breach those Terms.  *See, e.g., Southwest Airlines Co. v. Kiwi.com, Inc.*, et al., 2021 WL 4476799 at *2.

By no later than **February 21, 2023**, we require a response to this letter (1) listing all Faire customer email addresses used by Wholesale Co-Op for the purposes described above; (2) identifying how you stored and deployed the user credentials provided by Faire's customers, including what security methods you used for storing and deploying those

ACTION REQUIRED

Arnold Engel and Katie Engel
February 14, 2023
Page 3

credentials; and (3) confirming that Tundra and Wholesale Co-Op have ceased access to the Faire website, will not resume access, and have destroyed all copies of the Faire user credentials obtained from Faire customers (including but not limited to passwords, usernames, cookies, and authentication tokens).

All of Faire's rights are expressly reserved.

        Sincerely,

        FENWICK & WEST LLP

        s/ Matthew Becker

        Matthew Becker

MB:an