UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRE WHOLESALE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>TUNDRA, INC.,<br><br>  Defendant. | Case No. 23-cv-02538-JSC<br><br>**ORDER RE: PROTECTIVE ORDER DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 82 |

  Faire Wholesale, Inc. (Faire) sues its competitor, Tundra, Inc. (Tundra), challenging Tundra's unauthorized use of Faire's users' login credentials to gain access to Faire's non-public information.  Now pending before the Court is a discovery dispute joint letter regarding a protective order to govern discovery production.  Faire seeks to adopt the Northern District of California's Model Protective Order that permits Attorneys' Eyes Only (AEO) designations.  Tundra insists its CEO and President must see all documents produced by Faire to adequately defend this action.

  Faire has shown good cause for permitting it to designate certain, specific documents as AEO.  Such designations are common in cases between business competitors.  The AEO Protective Order allows Tundra to seek a court order permitting its CEO to view certain documents if needed (and Faire will not agree).  And, there are remedies available if Faire abuses its ability to designate certain material as AEO.  Tundra's arguments are better considered in the context of particular produced documents; the Court is unprepared to rule that no documents may be designated AEO, which is essentially what Tundra asserts.

//

//

This Order disposes of Docket No. 82.

**IT IS SO ORDERED.**

Dated: April 30, 2024

JACQUELINE SCOTT CORLEY
United States District Judge