TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
MARY GRIFFIN (CSB No. 324073)
mgriffin@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

ESTHER D. GALAN (CSB No. 335763)
egalan@fenwick.com
FENWICK & WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA  90401
Telephone:    310.554.5400

Attorneys for Plaintiff
Faire Wholesale, Inc.

ROBERT M. BODZIN (SBN: 201327)
rbodzin@grsm.com
NORINE BUSSER (SBN: 143363)
nbusser@grsm.com
KRISTIN LOCKWOOD (SBN: 270386)
klockwood@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4252
Facsimile: (415) 986-8054

Attorneys for Defendant
Tundra, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIRE WHOLESALE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>TUNDRA, INC.,<br><br>  Defendant. | Case No.:  3:23-cv-02538-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

UPDATED JOINT CASE MANAGEMENT STATEMENT

CASE NO. 3:23-CV-02538-JSC

Pursuant to the Court's December 2, 2024 Order (Dkt. 95), Civil Local Rule 16-10(d), and the Court's Standing Order, the parties respectfully submit the following Updated Joint Case Management Statement.

### REQUEST TO EXTEND CASE SCHEDULE

Plaintiff FAIRE WHOLESALE, INC. requested that Defendant TUNDRA, INC. agree to its request to continue the deadlines/events in this case by approximately six months to account for the pending motion to dismiss in the antitrust matter, *Tundra, Inc. v. Faire Inc.*, No. 3:23-cv-02513-AMO (N.D. Cal.). Defendant TUNDRA, INC. consents to this request and therefore the parties, in good-faith, propose the following case schedule:

| Event | Current Deadlines | New Proposed Deadlines |
|---|---|---|
| Fact discovery cutoff | April 30, 2025 | October 30, 2025 |
| Deadline for Expert Disclosures | May 14, 2025 | November 13, 2025 |
| Deadline for Rebuttal Expert Witness Disclosures | June 16, 2025 | December 16, 2025 |
| Expert Discovery Cutoff | August 6, 2025 | February 6, 2026 |
| Deadline to File Dispositive Motions | September 11, 2025 | March 11, 2026 |
| Deadline for Hearing Dispositive Motions | November 13, 2025 | May 13, 2026 |
| Pretrial Conference | February 19, 2026 | August 20, 2026 |
| Trial | March 2, 2026 | September 14, 2026 |

Given the requested extension, the parties respectfully request that the Court continue the Further Case Management Conference in this matter to Thursday, June 12, 2025.

Dated: January 14, 2025        FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
    Tyler G. Newby

Attorneys for Plaintiff Faire Wholesale, Inc.

Dated: January 14, 2025        GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Robert M. Bodzin*
    Robert M. Bodzin

Attorneys for Defendant Tundra, Inc.

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (*/s/*) within this e-filed document.

Dated:  January 14, 2025          FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
      Tyler G. Newby

Attorneys for Plaintiff Faire Wholesale, Inc.